# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Philip Wruck,                                          Civ. No. 09-1973 (MJD/JJK)

        Petitioner,

    v.

Warden Timothy Wengler,                                **ORDER**

        Respondent.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated December 8, 2009. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1.    Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus (Doc. No. 12), is **GRANTED**;

2.    The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. No. 1), is **DENIED**; and

3.    This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**


Date: January 4, 2010

                                    s/Michael J. Davis_____
                                    MICHAEL J. DAVIS
                                    Chief Judge
                                    United States District Court